AO 91 (REV.5/85) Criminal Complaint            SAUSA YUSEF A. DALE, (312) 886-7645

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

FILED
KC
12-5-07
DEC 05 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

ABRAHAM LIRA
JESSICA ROSALES

CRIMINAL COMPLAINT

CASE NUMBER: 07CR 796

MAGISTRATE JUDGE NOLAN

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 4, 2007__ in __Cook__ County, in the __Northern__ District of __Illinois__ defendant(s) did,

by force, violence and intimidation, take approximately $10,242.01 in United States Currency belonging to and in the care, custody, control, management and possession of the Harris Bank branch office, located at 6811 Stanley Avenue, Berwyn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

in violation of Title __18__ United States Code, Section(s) __2113(a) and 2__.

I further state that I am a __Chicago Police Detective assigned to the Federal Bureau of Investigations (FBI) and Violent Criminal Task Force (VCTF)__ and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: _X_ Yes  ___ No

X _____
Steven Bradley, Complainant

Sworn to before me and subscribed in my presence,

December 5, 2007                    at Chicago, Illinois
Date                                City and State

U.S. Magistrate Judge Nan R. Nolan          _____
Name & Title of Judicial Officer            Signature of Judicial Officer

STATE OF ILLINOIS    )
                     )   SS
COUNTY OF COOK       )

## AFFIDAVIT

I, Steven Bradley, being duly sworn under oath, state as follows:

### Introduction

1.  I am a Chicago Police Detective assigned to the Federal Bureau of Investigation (FBI), Violent Crimes Task Force (VCTF), and have been assigned for three years. As a member of the VCTF, I am responsible for investigating violent crimes, including kidnapping, fugitive and bank robbery investigations. I have been a Chicago Police Officer for 18 years and a Chicago Police Homicide Detective for 14 years.

2.  I make this affidavit from personal knowledge based upon my participation in this investigation, reports I have read, and conversations I have had with others who have personal knowledge of the events and circumstances described herein. The information outlined below is provided for the limited purpose of establishing probable cause and therefore does not contain all details or all facts of which I am aware relating to this investigation.

3.  The information below is provided for the limited purpose of establishing probable cause for the assertion that on or about December 4, 2007, ABRAHAM LIRA and JESSICA ROSALES did, by force, violence and intimidation, take from the person and presence of bank employees, approximately $10,242.01 in United States Currency belonging to and in the care, custody, control, management, and possession of the Harris Bank, 6811 Stanley Avenue, Berwyn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Sections 2113(a) and 2.

### December 4, 2007 Robbery of the Harris Bank

4.  On December 4, 2007, Harris Bank was robbed by a Hispanic male in his 20's, wearing a dark jacket and burgundy colored knit hat. The VCTF has obtained Harris Bank's FDIC number, which confirms that the deposits of Harris Bank are insured by the FDIC on December 4, 2007.

5.  At approximately 9:30 a.m. on December 4, 2007 the victim teller "Teller A" was working at her respective teller station when a Hispanic male, later identified as ABRAHAM LIRA, approached the teller counter. LIRA gave Teller A a note written in large print on a lined piece of paper which read "GIVE ME THE MONEY AND NO ONE GETS HURT!!!!!" LIRA also told Teller A to hurry up and no one would get hurt. LIRA gave Teller A a white canvas tote bag. Teller A gave LIRA her hundred, fifty, and twenty dollar bills, bait bills, and mutilated money from her teller drawer. Teller A described the person that robbed her as a clean cut, light-complexioned Hispanic male between 20-25 years of age, approximately 5'03"-5'05", average build, weighing between 160 and 180 pounds, dark eyebrows, wearing a grey knit cap with burgundy stripes, and light-colored shirt. An audit sheet provided by Harris Bank showed that Teller A's drawer was short approximately $10,242.01 following the robbery.

### JESSICA ROSALES's Prior Statement Regarding LIRA's Prior Bank Robbery

6.  On November 20, 2007, ROSALES went to the Berwyn Police Department and told officers that her fiancé, LIRA, had told her that he had committed an armed bank robbery, possibly of a Fifth Third, near LIRA's mother's home located at 4844 West 24th Street in Cicero, Illinois. According to ROSALES, LIRA told ROSALES that during the robbery, LIRA wore a big black jacket, big novelty glasses, and a hat. LIRA told ROSALES that he carried a big bag and used a kitchen knife. LIRA told ROSALES that he handed the bank employee a note that he

may have left behind. ROSALES advised the police officers that she observed LIRA with a significant amount of United States Currency that he kept at his mother's house in Cicero. ROSALES also said that LIRA told her brother, ROBERTO NAVAR, that he had committed the bank robbery.

7.     On November 20, 2007, NAVAR also met with officers of the Berwyn Police Department and told them that LIRA had told him (NAVAR) that LIRA had robbed a bank in Cicero. NAVAR further said that LIRA had told him that he wore a black "hoodie" and used a backpack and a pocket knife during the bank robbery.

### Identification of LIRA From Photospread

8.     Later on December 4, 2007, Teller A was shown a photo array to determine if she could identify the bank robber. The photo array contained a photograph of LIRA and five other males. After viewing the photo array, the victim teller identified LIRA as the person that robbed her.

### Confession of LIRA and ROSALES

9.     Also on December 4, 2007, Detectives of the Berwyn Police Department went to ROSALES' home located at 6413 West 33rd Street, Berwyn, Illinois. Once at the residence, Berwyn Detectives observed a taxi cab parked in front of the residence with two Hispanic males, later identified as LIRA and ROGER CARRILLO, in the rear passenger's seat. Berwyn Detectives observed a third Hispanic male, later identified as NAVAR, run away from the cab. LIRA and CARRILLO were subsequently arrested by the Berwyn Detectives for possession of cannabis.

10.    Following LIRA's arrest, he was taken to the Berwyn Police Department where he was interviewed by members of the VCTF. Prior to the interview, LIRA was advised of his

constitutional rights under Miranda and subsequently waived those rights. LIRA then admitted to robbing the Harris Bank on December 4, 2007. LIRA stated he, ROSALES, and NAVAR left NAVAR and ROSALES' residence and walked to the bank in the morning. LIRA stated that ROSALES and NAVAR waited for LIRA while he went inside the bank. After the robbery, all three met up and returned to NAVAR and ROSALES' residence where the cash was counted.

11. On December 4, 2007, ROSALES spoke telephonically with a Berwyn Police Detective. ROSALES informed the detective of her location in Chicago, Illinois, and admitted to having cash from the December 4, 2007 Harris Bank robbery in her possession. An agent of the VCTF and a Berwyn Police Detective then met with ROSALES in Chicago, Illinois. ROSALES had $6,162.00 in her possession. ROSALES was taken back to the Berwyn Police Department where she was interviewed by members of the VCTF. Prior to the interview, ROSALES was advised of her rights per Miranda and subsequently waived those rights. ROSALES then admitted to helping plan and carry out the Harris Bank robbery on December 4, 2007. ROSALES admitted that she waited approximately one-half block from the bank with a coat that LIRA was to use to cover his outside clothing so as not to be recognized while leaving the scene.

12. Also on December 4, 2007, NAVAR was taken to the Berwyn Police Department where he was interviewed by members of the VCTF. Prior to the interview, NAVAR was advised of his rights per Miranda and subsequently waived those rights. NAVAR admitted he walked to the area of the bank to see the robbery happen. NAVAR left the area prior to the robbery and he did not observe the robbery occur. Later, NAVAR observed ROSALES and LIRA counting cash in the basement of his home. NAVAR suggested to ROSALES to hide the cash in the basement ceiling, and observed ROSALES and LIRA do so.

13. After providing the above-statement, members of the VCTF, Detectives from Berwyn Police Department and NAVAR returned to NAVAR's residence and recovered $2,070.00 in cash including two fifty dollar bait bills that were stolen during the Harris bank robbery.

### Conclusion

14. Based on the foregoing facts, Affiant respectfully submits that there is probable cause to believe that ABRAHAM LIRA and JESSICA ROSALES did, by force, violence and intimidation, take approximately $10,242.01 in United States Currency belonging to and in the care, custody, control, management and possession of the Harris Bank branch office, located at 6811 Stanley, Berwyn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a) and 2.

FURTHER AFFIANT SAYETH NOT.

_____
STEVEN BRADLEY
Task Force Officer
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME
this 5th day of December 2007

_____
UNITED STATES MAGISTRATE JUDGE