Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 796 - 2 | **DATE** | 12/05/07 |
| **CASE TITLE** | USA vs. Jessica Rosales | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Jessica Rosales appears in response to arrest on 12/05/07. Defendant informed of her rights. Enter order appointing Timothy P O'Connor of the Federal Defendant Program/Panel as counsel for defendant. Government's oral motion for pretrial detention is granted. Defendant ordered detained until further or of the court. Defendant hearing is set for 12/10/07 at 2:30 p.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|