Order Form (01/2005)

# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 796-2 | **DATE** | 12/10/2007 |
| **CASE TITLE** | USA vs Jessica Rosales | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government seeks detention. Detention hearing is set for 12/17/07 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|