# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 796 - 2 | **DATE** | 12/17/2007 |
| **CASE TITLE** | USA vs. Jessica Rosales | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion for pretrial detention is denied. Enter order setting conditions of release. Preliminary examination hearing is set for 01/08/08 at 1:30 p.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|