```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 GJ 1231 |
| | ) | 07 CR 796 |
| v. | ) | |
| | ) | Hon. Robert W. Gettlemen |
| ABRAHAM LIRA and | ) | Acting Chief Judge |
| JESSICA ROSALES | ) | |

**CERTIFICATE OF SERVICE**

The undersigned Special Assistant United States Attorney hereby certifies that that following documents:

**GOVERNMENT'S AGREED MOTION FOR AN EXTENSION OF TIME IN WHICH TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. §3161(h)** and **ORDER**

were served on December 27, 2007, in accordance with FED. R. CRIM. P.49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


By:           s/Yusef A. Dale
              YUSEF A. DALE
              Special Assistant United States Attorney
              United States Attorney's Office
              219 South Dearborn Street
              Chicago, Illinois  60604
              (312) 886-7645


DATED:    12/27/07