# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                 Case No.: 1:07−cr−00796

                                                              Honorable Nan R. Nolan

Abraham Lira, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 8, 2008:

      MINUTE entry before Judge Nan R. Nolan :Preliminary examination held on 1/8/2008 as to defendants Lira and Rosales. For the reasons stated on the record the Court enters a finding of probable cause; Order defendants bound to the District Court for further proceedings. Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.