# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 796 - 1&2 | **DATE** | 1/24/2008 |
| **CASE TITLE** | USA vs. Abraham Lira & Jessica Rosales | | |

**DOCKET ENTRY TEXT**

Arraignment proceedings held. Defendants acknowledge receipt of indictment. Defendants informed of their rights. Defendants waive formal reading of the indictment and both enter plea(s) of not guilty to all counts. 16.1(a) conference to be conducted by 01/31/08. Pretrial motion(s) to be filed by 02/21/08. Response(s) are due by 03/06/08. Reply briefs to be filed by 03/13/08. Status hearing before Judge Joan H. Lefkow is set for 3/19/08 at 9:45 a.m. Enter excludable time from arraignment to and including 03/19/08 pursuant to 18 USC § 3161 (h)(1)(F). Defendant Rosales' oral motion for leave to attend school is granted. Pretrial officer to make the appropriate amendment's to allow defendant to attend school.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|

Case 1:07-cr-00796   Document 23   Filed 01/24/2008   Page 1 of 1

07CR796 - 1&2 USA vs. Abraham Lira & Jessica Rosales                                                                Page 1 of 1