UNITED STATES DISTRICT COURTPRIVATE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07 CR 796 |
| | ) | |
| ABRAHAM LIRA ET AL., | ) | Judge Joan H. Lefkow |
| | ) | |
| Defendant. | ) | |

**DEFENDANT ROSALES' AGREED MOTION
TO EXTEND PRETRIAL MOTION DEADLINES**

Defendant Jessica Rosales ("Rosales"), by her attorney, respectfully requests that this Court extend by approximately ten days the deadlines to file, respond to and reply in support of pretrial motions. In support thereof, Rosales states as follows:

1. Defendants are charged by Indictment with various offenses relating to two bank robberies. Defendant Rosales and defendant Navar only are charged in connection with one of the robberies; defendant Lira is charged in connection with both robberies.

2. On January 28, 2008, this court set the following deadlines with respect to filing pretrial motions in this matter: pretrial motions due on February 21; responses due on March 6; and replies due on March 13. In this same Order the court set a status for March 19.

3. Rosales respectfully requests that this court extend the deadlines with respect to filing and briefing pretrial motions by approximately ten days,[1] which would result in the following deadlines: pretrial motions due March 3; responses due March 17; and replies due March 24. Rosales does not request that the Court extend the March 19 status date.

---

[1] The proposed extensions are slightly over ten days because in each instance the tenth day falls on a weekend, resulting in the proposed due date falling on the following Monday.

4.     Rosales requests additional time for two reasons.  <u>First</u>, the undersigned counsel has a major sentencing submission due next week in United States v. Abarca, 06 CR 575 and also has a major status (addressing the direction of the case) on February 27 in United States v. Doroniuk, 06 CR 782, a complex RICO case that counsel entered only in December, 2007 and for which counsel must continue to prepare by continuing to review voluminous discovery and meeting with the client.  The foregoing tasks are in addition to ongoing work on a number of other matters.  <u>Second</u>, this case may well involve significant motion practice, requiring filings that will take significant time to prepare.  Among other things, discovery produced to date reflects that all three codefendants – at least one of whom (Rosales) is barely old enough to be considered an adult – made statements to law enforcement officers in connection with this matter.  In addition, this case involves the search of a home.

5.     Counsel for Rosales (Timothy P. O'Connor) has spoken to (or exchanged voice mail messages with) counsel for the United States (Yussef Dale) and counsel for codefendants Abraham Lira (Patrick Blegen) and Roberto Navar (Sergio Rodriguez) about this Motion and all of these counsel have informed counsel for Rosales that they agree to this Motion.

6.     Rosales respectfully submits that granting this Motion will not result in any significant delay of these proceedings and is in the interests of justice because it will result in the parties having the necessary amount of time to prepare and submit pretrial motions and related filings in this matter.

WHEREFORE, Defendant Jessica Rosales respectfully requests that this Court extend by approximately ten days the deadlines to file, respond to and reply in support of pretrial motions.

Date: February 15, 2008                                         Respectfully submitted,

                                                                                    JESSICA ROSALES

                                                                                   By: <u>s/ Timothy P. O'Connor</u>
                                                                                         One Of His Attorneys

Timothy P. O'Connor
MEYER & O'CONNOR, LLC
20 South Clark Street
Chicago, IL  60603
312-346-9000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing DEFENDANT ROSLAES' AGREED MOTION TO EXTEND PRETRIAL MOTION DEADLINES to be served upon

AUSA Yussef Dale
United States Attorney's Office
219 S. Dearborn St.
Chicago, IL 60604

Patrick W. Blegen
Blegen & Garvey
Suite 1437
53 W. Jackson Blvd.
Chicago IL 60604

Sergio F. Rodriguez
Federal Defender Program
55 East Monroe
Suite 2800
Chicago IL 60603

by electronic service through the court's ECF filing system on this 15th day of February, 2008.

s/Timothy P. O'Connor