UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 796 |
| | ) | |
| ABRAHAM LIRA ET AL., | ) | Judge Joan H. Lefkow |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:

| AUSA Yussef Dale | Patrick W. Blegen | Sergio F. Rodriguez |
|---|---|---|
| United States Attorney's Office | Suite 1437 | Federal Defender Program |
| 219 S. Dearborn St. | Blegen & Garvey | Suite 2800 |
| Chicago, IL 60604 | 53 W. Jackson Blvd | 55 East Monroe Street |
| | Chicago IL 60604 | Chicago IL 60603 |

  PLEASE TAKE NOTICE THAT, on February 20, 2008 at 9:30 am, I shall appear before the Hon. Joan H. Lefkow in Court Room 1925 of the United States Court House at 219 S. Dearborn Ave., Chicago IL 60604, and then and there present DEFENDANT ROSALES' AGREED MOTION TO EXTEND PRETRIAL MOTION DEADLINES, a copy of which is attached hereto and hereby served upon you.

Date: February 15, 2008        Respectfully submitted,

                   JESSICA ROSALES

                By: s/ Timothy P. O'Connor
                   One Of His Attorneys


Timothy P. O'Connor
MEYER & O'CONNOR, LLC
Suite 2210
20 South Clark Street
Chicago, IL 60603