# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 796 - 1, 2, 3 | **DATE** | 2/20/2008 |
| **CASE TITLE** | USA vs. Lira, Rosales, Navar | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion to extend pretrial motion deadlines [31] is granted. Date by which all defendants may file pretrial motions is extended to 3/3/2008; responses due by 3/17/2008; replies due by 3/24/2008. Status hearing of 3/19/2008 remains set.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|