**Exhibit A**
**FBI Report Of Lira Oral Statement**

12/10/2007

ABRAHAM LIRA, Hispanic, male, date of birth November 4, 1986, SSN: 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, residence 6413 W. 33rd. Street, Berwyn, Illinois, was interviewed. After being advised of his rights, signing an FD-395 Waiver of Rights Form, being advised of the identities of the interviewing investigators, and the nature of the interview, LIRA provided the following information:

LIRA admitted to robbing two banks. LIRA identified himself in the bank robbery photos from April 2, 2007, and December 4, 2007. LIRA initialed and dated the photos. LIRA also identified photo copies of the bank robbery notes from each robbery as notes that he wrote. LIRA also dated and initialed the notes.

On the April 2, 2007 robbery, LIRA was working at a temp agency and was having problems. LIRA had been in and out of rehabilitation for various drugs to include marijuana, cocaine, crystal meth, and alcohol. LIRA traveled to GEORGE LNU's, a.k.a "Tacos" house, which is the first house from 24th Street and 49th, next to NIKKI's. LIRA and GEORGE are friends and have known each other since seventh grade.

LIRA told GEORGE that he was going to rob a bank. GEORGE helped write the bank robbery demand note. LIRA advised the writer that GEORGE's prints should be on the note. LIRA then walked to the bank. LIRA handed the teller the note. The teller was on the telephone, but then placed the money into the bag. LIRA is unsure how much money that he stole, but believes that it was approximately $4,000.00. LIRA exited the bank and walked back to GEORGE's house. GEORGE left the door to his house open for LIRA to enter after robbing the bank. LIRA then changed clothes at GEORGE's home and left them there.

LIRA left GEORGE's home in a taxi and went to see his brother, FELIPE LIRA. There LIRA watched the news to see if he, LIRA, was on the news. GEORGE and LIRA ended their friendship shortly after the bank robbery because of LIRA becoming involved with JESSICA ROSALES, whom he met through GEORGE. ROSALES was pregnant when they met, but lost her baby. ROSALES is aware of LIRA's April 2, 2007 bank robbery.

On December 4, 2007, LIRA, ROSALES, and ROBERT NAVAR planned a bank robbery. NAVAR is ROSALES's cousin. LIRA, ROSALES, and NAVOR all reside at 6413 W. 33rd Street, Berwyn, IL, with NAVAR's mother - CINDY HUERTA. HUERTA had nothing to do with the robbery or the planning. The robbery was planned that morning. The three walked to the HARRIS BANK. LIRA went to the bank and ROSALES and NAVAR waited a few blocks away. LIRA stated that he threw the bank robbery clothing on the 2nd floor stairs of an apartment building near the bank after robbing it. After robbing the bank, they all walked back. As they walked back, NAVAR saw a lot of cops and decided to walk away from them. They counted the money and went home. The three then went to ROGELIO CARRILLO's home (LIRA's cousin), which is located at 3027 S. Central Park. LIRA told CARRILLO about the bank robbery while in the taxi. LIRA, ROSALES, NAVAR, and CARRILLO then traveled in a taxi to get some "weed" from

1

CARRILLO's friend. They then traveled to LALOS restaurant on Harlem in Berwyn. LIRA paid for the dinner with the proceeds from the bank robbery.

LIRA stated that they got approximately $11,000.00 and split it three ways between LIRA, ROSALES, and NAVAR. The money is hidden at 6413 W. 33rd. Street in NAVAR's basement room in the ceiling. LIRA also made a written confession which can be located in the 1-A section of the file.