**Exhibit B**
**Written Statement Of Lira**

I abraham Lira Robbed this summer the bank near Cicero Ave by the bus station with a note After that I ran to my friends House George I changed clothes then we both left in a taxi to my brothers House which he had no Idea of what I had done then I met my girlfriend Jessica Rosales which at the time she was pregnant and had gotten kicked out of her house so had I from my parents so we started to live in hotels thats how I spent the money in hotels and food.

This morning when me and my girlfriend Jessica Rosales woked up, we talked to her cousin Roberto Major about Robbing Banks and we all like the First bank I went to my girlfriend which had been waiting for me [illegible] Roberto we met up I changed clothes then we [illegible] Roberto daughter up to [illegible]

block later he said he'll meet us at the house from there we took a cab dropped off his little brother that he baby sits to his cousin house from there we went to my cousins house in 3027 S Central Park

we bougt a little bit of weed to smoke we bought an ounce fo $450 dollars after we smoked we went on a taxi to eat at LaLos on Harlem from there we went to Robertos house 6413 W 35 st we hid the money in his room by the cealing. my cousin Rogelio and I were in front of the house in a taxi cab waiting for my girlfriend and her cousing he went in to get his I.D thats when the detectives got there and arrested us I didnt know Roberto ran out the back door.