**Exhibit C**
**FBI Report Of Navar Oral Statement**

Case 1:07-cr-00796   Document 35-4   Filed 03/03/2008   Page 1 of 4

12/18/2007

ROBERTO NAVAR, Hispanic male, date of birth March 10, 1986, social security number 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, residence 6413 W. 33rd. Street, Berwyn, IL, cellular number 708-466-9395 was interviewed. After being advised of his rights, signing an FD-395 Waiver of Rights Form, being advised of the identities of the interviewing investigators, and the nature of the interview, NAVAR provided the following information:

On December 3, 2007, JESSICA ROSALES and ABRAHAM LIRA discussed going to a temp agency. NAVAR, ROSALES, and LIRA are all good friends and the trust each other. On December 4, 2007, they asked NAVAR if he wanted in on a bank robbery. LIRA stated that he knew how to do it and that he had gotten away with it before. LIRA scoped out the bank at approximately 6:00 AM. ROSALES and LIRA left, walking, to rob the bank between 8:30 AM and 9:00 AM. The bank is only four to five blocks away from the house.

At approximately 9:40 AM, ROSALES and LIRA return to the house in a taxi and get NAVAR and his two brothers, DANIEL NAVAR (10) and MICHAEL BUCIO (2). They drop the two kids off at their grandmother, YOLANDA AUSTIN's house on 23rd and 60th Court. Also present in the cab was an individual named ROGELIO LNU a.k.a. ROGER. They all went to LALOS restaurant to eat. During the meal, LIRA talked about the robbery and how ROSALES was waiting in the gang-way while he robbed the bank.

NAVAR stated that he saw the money at 6:30 PM when ROSALES left. ROSALES gave NAVAR $750.00, then gave him another $600.00, which NAVAR placed on his pre-paid credit card. NAVAR, later that day, gave the cash and the pre-paid credit card to his cousin RICKY MARTINEZ to hold while he went to the Berwyn Police Department.

NAVAR stated that the cops came to the house while ROSALES, NAVAR, and DANIEL were in the house. NAVAR told ROSALES that the "narcs" were at the door. ROSALES answered the door and NAVAR ran out the back door. NAVAR stated that he only ran because he had to get his brother from his grandmother's house. LIRA and ROGELIO were still in the cab waiting for them so that they all could go and get NAVAR's brother. Neither LIRA nor ROGELIO ran from the cops. NAVAR added that he was at home to get his ID just in case he was arrested. NAVAR stated that he had been arrested in the past and it took a very long time to get out because he did not have an ID.

NAVAR stated that he told his cousin MARTINEZ that he stole the money from LIRA. NAVAR stole the money to get even with LIRA for beating ROSALES a few weeks ago. ROSALES and NAVAR had went to the police and made a report when it happened. NAVAR further advised that he was aware of LIRA's previous robbery, as was ROSALES. The truth was ROSALES gave NAVAR the money. NAVAR said that he would split the money with MARTINEZ.

1

After confronting NAVAR with facts gathered pursuant to the investigation that were contradictory to his statements, NAVAR admitted to lying to SA Coleman and TFO Bradley. After being admonished about remaining truthful, NAVAR provided the following:

ROSALES and LIRA made the plan and woke NAVAR to tell him the plan. ROSALES stated that she wrote the note. The writer published a photo copy of the note to NAVAR who then verified that it was the note that he had seen previously. NAVAR did not see ROSALES write the note. NAVAR also stated that ROSALES was angered after the robbery because LIRA left the note with her prints on it at the bank.

NAVAR wanted to see the bank robbery happen, so he went with them. ROSALES, LIRA, and NAVAR took a cab to drop off MIKE at his grandmother's house. They left DANIEL at home with a cellular phone. Then they returned to the house to get their stuff. LIRA got NAVAR's B.B. pistol and put on some gold colored jogging pants and a black coat. Then they all walked to the bank. LIRA scoped out the bank. NAVAR sat at a Metra stop about a block away. ROSALES went between an apartment building and a house. She was waiting for LIRA and had a change of clothes for LIRA. NAVAR did not see LIRA leave the bank even though it was only about 20 feet away. NAVAR was scared and waked off. NAVAR thought that LIRA was still inside of the bank.

NAVAR did not see LIRA and ROSALES until they came home. LIRA changed clothes and dropped the gun. NAVAR put it away. NAVAR watched TV upstairs with his brother while LIRA and ROSALES counted the money. They put the money in a green purse and placed it into the ceiling of NAVAR's basement room.

LIRA called his cousin, ROGELIO, and they took a cab and later bought an ounce of "weed" and smoked it at a friends house. While in the cab, NAVAR witnessed them count about $3,000.00. Then they all went to eat.

When ROSALES left at 6:30 PM, she stated that she was going leaving with eight to fifteen thousand dollars of the money. She stated that she was going to ADRIANA LNU's house. NAVAR advised ROSALES to hide some of the money in the bucket of spackle in the basement of the house in his room. ROSALES then told ADRIANA she needed a car to go to Chicago. ROSALES walked about eight blocks to get the car. NAVAR stated that he was going to spend the money that he had gotten.

After confronting NAVAR with facts gathered pursuant to the investigation that were contradictory to his statements again, NAVAR admitted to lying to SA Coleman and TFO Bradley as to some of his story. After being admonished about remaining truthful, NAVAR provided the following:

NAVAR admitted that he did steal the $1,350.00 from LIRA and ROSALES. The story that he told MARTINEZ was true and ROSALES never gave him that money. NAVAR then took the investigators and officers from Berwyn Police Department to his home to retrieve the money in the bucket of spackle. Upon entering the residence to recover the money, NAVAR

admitted to stealing even more of the money. NAVAR led the writer to a couch cushion that had approximately $1,300.00 in cash stashed inside.