**Exhibit E**
**Written Statement Of Rosales**

I Jessica Rosales talked to Abraham about ~~was~~ whent going to happed on Dec I help think about what is going to happe and I and Roberto walk 1½ strees away from the bank and Roberto walked away ~~the spot were~~ from ~~where we were~~ Abraham was going to meet up at. Abraham get there but Roberto was ~~go~~ we around them we all meet back at home than ~~we~~ wh. to chicago to see Abrah cacin than smoked weed and whent out to eat than whent back to the home and that when the cops get there.
                                    12:
Athor Rosales        Jessica Rosales