UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 CR 796 |
| v. | ) | |
| | ) | Honorable Joan H. Lefkow |
| ABRAHAM LIRA ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT ROSALES' MOTION FOR EARLY RETURN OF TRIAL SUBPEONAS

Defendant Jessica Rosales ("Rosales"), by her attorney, Timothy P. O'Connor, respectfully requests that this Court enter an Order allowing for the early return of trial subpoenas. Rosales will provide to the government with copies (or the opportunity to copy) any documents or things that she obtains by subpoena at (or as close as reasonably possible to) the time that she obtains such materials.

Date: March 3, 2008.                     Respectfully submitted,

                                         JESSICA ROSALES

                                By:      /s/Timothy P. O'Connor
                                         One Of Her Attorneys

Timothy P. O'Connor
MEYER & O'CONNOR
Suite 2210
20 S. Clark Street
Chicago, IL 60603
(312) 346-9000

-2-

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing DEFENDANT ROSALES' MOTION FOR EARLY RETURN OF TRIAL SUBPEONAS to be served upon:

AUSA Yussef Dale
United States Attorney's Office
219 S. Dearborn St.
Chicago, IL 60604

Patrick W. Blegen
Blegen & Garvey
Suite 1437
53 W. Jackson Blvd.
Chicago IL 60604

Sergio F. Rodriguez
Federal Defender Program
55 East Monroe
Suite 2800
Chicago IL 60603

by electronic service on this 3rd day of March, 2008.

/s/ Timothy P. O'Connor