**EXHIBIT B**

**EXHIBITS TO MOTION TO SUPPRESS AND FOR EVIDENTIARY HEARING**

**Index To Exhibits**

**Description**                                                                                     **Designation**

Rosales FD-395 Advice Of Rights…………………………………………………Exhibit A

Rosales Waiver Of Timing Of Appearance Before Magistrate
Judge……………………….………………………………………………………..Exhibit B

FBI Report OF Rosales Oral Statement………………………………………………Exhibit C

Written Statement Of Rosales………………………………………………………Exhibit D

**Exhibit A**
**Rosales FD-395 Advice Of Rights**

FD-395 (Rev. 11-5-02)

# ADVICE OF RIGHTS

Place Berwyn  IL
Date 12-4-2007
Time 11:15 pm

## YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed X _Jessica Rosales_

Witness: _____

Witness: _____

Time: _____

68

**Exhibit B**
**Rosales Waiver Of Timing Of Appearance Before Magistrate Judge**

WAIVER CONCERNING TIMING OF INITIAL
APPEARANCE BEFORE THE UNITED STATES MAGISTRATE JUDGE

1.     I _Jessica Rosales_ , have been informed by _SA Dennis T. Woo_ that I have been arrested for violations of Title _18_ , United States Code, Sections _2113A_ , pertaining to _Bank Robbery_

2.     I have been informed and understand that I have a right under Rule 5(a) of the Federal Rules of Criminal Procedure to be brought without unnecessary delay before the nearest available federal magistrate judge or other judicial officer for the purposes of:

    a.     being arraigned on my arrest;

    b.     being advised of the charges against me and of my rights; and

    c.     having bail fixed by the Court.

3.     At this time, I waive my right to appear before the nearest available federal magistrate judge or other judicial officer without unnecessary delay for these purposes.

4.     I agree that my appearance may be delayed for a period not to exceed 72 hours from the time I sign this waiver.

5.     I do so knowingly and voluntarily, understanding that I have been arrested and will remain in custody until I am arraigned before a United States Magistrate Judge or other judicial officer.

6.     I understand that a complaint, information or indictment will be filed against me charging me with a violation of federal criminal law and that I will be prosecuted for that violation.

7.     I also understand that the United States Magistrate Judge or other judicial officer before whom I will appear may be located in a district other than the one in which I was arrested and that I may be required to travel in the custody of federal agents to locations other than the district in which I was arrested.

_Jessica Rosales_
DEFENDANT

Date this _5th_ day of

_December_ , ~~2000~~ 2007

at _12:00 AM_ (state precise time)

WITNESS

WITNESS

WITNESS

**Exhibit C**
**FBI Report OF Rosales Oral Statement**

12/18/2007

JESSICA ROSALES, Hispanic female, date of birth June 16, 1989, social security number 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, residence 6413 W 33rd. Street, Berwyn, IL, cellular phone number 708-595-9283 (outgoing calls only) was interviewed. After being advised of her rights, signing an FD-395 Waiver of Rights Form, being advised of the identities of the interviewing investigators, and the nature of the interview, ROSALES provided the following information:

ROSALES and LIRA were going through hard times. ABRAHAM LIRA had lost his job and ROSALES was looking for a job. ROSALES had also just lost her child and felt like she had nothing to lose. LIRA came up with the idea to rob a bank because he had nothing to lose also. LIRA came up with the idea about 3:30 AM on December 4, 2007. ROSALES agreed and went along with the plan because they were living in the basement at her aunt's house.

ROSALES and LIRA told ROBERT NAVAR (ROSALES's cousin who also lived at the residence) of their plan that morning approximately 8:40 AM. NAVAR said that he wanted in on the bank robbery also. NAVAR did not help plan the robbery. He just wanted in on the action. DANIEL LNU and MIKE LNU ages eleven and one remained at home alone.

ROSALES, LIRA, and NAVAR walked to the HARRIS BANK. ROSALES and NAVAR walked to a complex a block away from the bank. ROSALES held a jacket for LIRA to change into after the robbery, but he did not need it because LIRA had brought his own change of clothes. NAVAR walked off and walked around the bank. After the bank robbery, NAVAR walked by them and then proceeded in a different direction, but met with them at the house shortly thereafter.

Once the three made it home, they all counted the money, and talked about what they were going to do. It was about $11,000.00. ROSALES gave NAVAR $200.00 and denied giving NAVAR the $1,350.00 that he claimed. ROSALES believes that NAVAR stole some of the money while she was showering later that day. They then banded the money, placed in into a purse, and placed in the in the ceiling in the basement. ROSALES took out about $700 to $800. The three then took a taxi to LIRA's cousin's home. Then, they went to smoke "weed" in the garage of a friend, and finally went to LALOS restaurant to eat. When finished they all walked to the Berwyn library and called a taxi. The taxi took them back to 6413 33rd Street. NAVAR needed to get his ID so that he could go to the Bong Shop. ROSALES needed to charge her cell phone and get another $200.00. LIRA and his cousin remained in the taxi. All of a sudden NAVAR ran downstairs and ROSALES heard the door slam. ROSALES then realized the cops were outside and NAVAR did not tell her. At first ROSALES locked the door, but hen let the cops inside and they searched the house. The cops left ROSALES there to care for DANIEL and MIKE. LIRA and his cousin were arrested in the taxi for drug possession. ROSALES later found out that NAVAR was actually coming back with MIKE. ROSALES informed NAVAR about what the cops said and that the wanted her to meet them at the police department. NAVAR advised ROSALES not to go to the police, and to take some of the

1

money and run. NAVAR also advised ROSALES to place some of the money in the bucket of spackle in the basement.

ROSALES caller her cousin, ADRIANA LNU, so that she could get a ride to Chicago. ADRIANA already had plans to eat out. So, ROSALES caught a cab to Pulaski and Elston. ROSALES tried to call NAVAR, but did not get an answer. ROSALES then called RICKY LNU. RICKY stated that NAVAR had gone to the police. ROSALES then placed a private call to NAVAR and he answered. A cop then took the phone and told her to come to the police department. ROSALES admitted having the money, told them where she was, and they came to get her.

ROSALES added that she knew LIRA had robbed a bank before. She was aware of the April robbery in which LIRA was involved.

**Exhibit D**
**Written Statement Of Rosales**

I Jessica Rosales talked when
to Abraham about ~~was~~
going to happed on Dec
I help think about
what is going to happe
and I and Roberto wail
1½ strees away from
the bank and Roberto
walked away ~~of~~ from
~~the spot~~ were ~~were~~ Abraham
was going to meet up
at. Abraham get there
but Roberto was ~~go~~ w~~a~~
around ~~them~~ we all meen
back at home than ~~we~~ wh~~en~~
to chicago to see Abrah
~~cacia~~ than smoked weed
and whent out to eat
than whent back to
the home and that
when the cops get
there.    12:

Ruedas    Jessica Rosales