UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07 CR 796 |
| | ) | |
| ABRAHAM LIRA ET AL., | ) | Judge Joan H. Lefkow |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:

| | | |
|---|---|---|
| AUSA Yussef Dale | Patrick W. Blegen | Sergio F. Rodriguez |
| United States Attorney's Office | Suite 1437 | Federal Defender Program |
| 219 S. Dearborn St. | Blegen & Garvey | Suite 2800 |
| Chicago, IL 60604 | 53 W. Jackson Blvd | 55 East Monroe Street |
| | Chicago IL 60604 | Chicago IL 60603 |

  PLEASE TAKE NOTICE THAT, on March 19, 2008 at 9:30 am, I shall appear before the Hon. Joan H. Lefkow in Court Room 1925 of the United States Court House at 219 S. Dearborn Ave., Chicago IL 60604, and then and there present DEFENDANT ROSALES' MOTION FOR LEAVE TO FILE MOTION TO SUPPRESS AND FOR EVIDENTIARY HEARING, a copy of which is attached hereto and hereby served upon you.

Date: March 11, 2008            Respectfully submitted,

                   JESSICA ROSALES

                By: s/ Timothy P. O'Connor
                  One Of His Attorneys


Timothy P. O'Connor
MEYER & O'CONNOR, LLC
Suite 2210
20 South Clark Street
Chicago, IL  60603

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing NOTICE OF MOTION to be served upon

AUSA Yussef Dale
United States Attorney's Office
219 S. Dearborn St.
Chicago, IL 60604

Patrick W. Blegen
Blegen & Garvey
Suite 1437
53 W. Jackson Blvd.
Chicago IL 60604

Sergio F. Rodriguez
Federal Defender Program
55 East Monroe
Suite 2800
Chicago IL 60603

by electronic service through the court's ECF filing system on this 11th day of March, 2008.

s/Timothy P. O'Connor