UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    07 CR 796 |
| vs. | ) | Judge Joan H. Lefkow |
| | ) | |
| ABRAHAM LIRA, | ) | |
| JESSICA ROSALES, and | ) | |
| ROBERTO NAVAR | ) | |

**GOVERNMENT'S AGREED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE RESPONSE TO DEFENDANT ROSALES' MOTION TO
SUPPRESS AND EVIDENTIARY HEARING**

The United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, respectfully moves this Court for a twenty-one-day extension of time until April 7, 2008, in which to file a response to the motion filed by defendant Jessica Rosales for a motion to suppress and evidentiary hearing. In support of this motion, the government states as follows:

1.   On January 24, 2008, defendant appeared before Judge Nan R. Nolan for the arraignment. Judge Nolan set February 21, 2008 as the date on which pre-trial motions were due. On February 20, 2008, this Court granted defendant's request for 10 days to file pretrial motions. On March 11, 2008, defendant Rosales filed a motion for leave to file motion to suppress and evidentiary hearing, and a motion to suppress and evidentiary hearing. The government's response to defendant's motion is currently due on March 17, 2008.

2.   The undersigned attorney does not anticipate being able to complete the response by March 17, 2008.

3.   The Motion referenced herein filed by defendant raises novel, serious issues and requires not only legal research and drafting, but interviewing the law enforcement officers involved.

The preparation of the response to the issues raised by defendant requires substantial time and attention. The government requests an additional 21 days, until April 7, 2008, in which to file its response.

4.  The undersigned attorney apologizes for not completing the response by March 17, 2008.

5.  Counsel for the government has contacted the attorney representing defendant Rosales, Mr. O'Connor, who has stated that he agrees to this extension request.

6.  The next status hearing in this case is set for March 19, 2008.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that this Court extend the time for the filing of the government's response to defendant's motion to suppress and evidentiary hearing.

                                          Respectfully submitted,

                                          **PATRICK J. FITZGERALD**
                                          United States Attorney

By:    s/ Yusef A. Dale
        **YUSEF A. DALE**
        Special Assistant U.S. Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604

## CERTIFICATE OF SERVICE

The undersigned Special Assistant United States Attorney hereby certifies that the following documents:

**GOVERNMENT'S AGREED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO DEFENDANT ROSALES' MOTION TO SUPPRESS AND EVIDENTIARY HEARING**

were served on March 17, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

s/ Yusef A. Dale
YUSEF A. DALE
Special Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 886-7645