# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

          Plaintiff,

v.                     Case No.: 1:07−cr−00796
                     Honorable Joan H. Lefkow

Abraham Lira, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

  MINUTE entry before Judge Honorable Joan H. Lefkow as to Jessica Rosales:Status hearing held on 4/16/2008 and continued to 5/21/2008 at 09:30 AM. Ruling on defendant's motion to sever [35], defendant's motion to produce agent notes [36], defendant's motion for early return of trial subpoenas [37] and defendant's motions to suppress and for evidentiary hearing [39] and [46], set for 5/21/2008 at 9:30 a.m. Defendant's oral motion to extend date to 4/23/2008 by which to file replies in support of motions is granted as to both defendants Lira and Rosales. Government's oral motion to exclude time is granted. The period beginning 4/16/2008 through 5/21/2008 is excluded pursuant to 18.3161(h)(1)(F). Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.