**GROUP EXHIBIT A**
**BERWYN DETECTIVES INTERVIEW MEMORANDA**

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription

Investigation on     at

File #     Date dictated

by

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

04/07/2008

     TOM TATE, Detective, Berwyn Police Department (BPD), 6401 West 31st. Street, Berwyn, IL 60402, telephone number 708-795-5600, was interviewed. After being advised of the identity of the interviewing agent and the nature of the interview, TATE provided the following information:

     TATE stated that he spoke with JESSICA ROSALES telephonically prior to turning herself into authorities. TATE did not make any promises to ROSALES during that conversation. TATE stated that in ten years he has never made a promise as to prosecution of an individual based on cooperation. Specifically, TATE did not tell ROSALES that she would not be in trouble and that she would be able to go home if admitted where she was and where the money was located. TATE did state that it would be easier on her if she turned herself into authorities. Tate has no knowledge of ROSALES's mother coming to the station, or ROSALES asking to speak to her mother or ABRAHAM LIRA.

03/04/2008     Chicago, IL               (telephonically)

91A-CG-128225

SA Dennaris T. Coleman:dtc

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  04/07/2008

Investigation on _____ at _____

File # _____

by _____

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

    JERRY CONOWAY, Detective, Berwyn Police Department (BPD), 6401 West 31st. Street, Berwyn, IL 60402, telephone number 708-795-5600, was interviewed. After being advised of the identity of the interviewing agent and the nature of the interview, CONOWAY provided the following information:

    CONOWAY stated that he was present during the telephone conversation with JESSICA ROSALES. CONOWAY did not hear Detective TOM TATE make any promises to ROSALES. Specifically, CONOWAY did not hear TATE tell ROSALES that she would not be in trouble and that she would be able to go home if admitted where she was and where the money was located. CONOWAY has no knowledge of ROSALES's mother coming to the station, or ROSALES asking to see her mother or ABRAHAM LIRA. There is not a entry log at the reception desk and there is no way to ascertain whether or not ROSALES's mom did come to BPD.

03/04/2008          Chicago, IL                              (telephonically)

91A-CG-128225

SA Dennaris T. Coleman:dtc

89