UNITED STATES DISTRICT COURTPRIVATE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07 CR 796 |
| | ) | |
| ABRAHAM LIRA ET AL., | ) | Judge Joan H. Lefkow |
| | ) | |
| Defendant. | ) | |

**DEFENDANT ROSALES' AGREED MOTION
TO EXTEND STATUS AND MOTION RULINGS**

Defendant Jessica Rosales ("Rosales"), by her attorney, respectfully requests that this Court extend the current date for a status and rulings on pretrial motions in this matter from May 21, the current date, to June 25.  In support thereof, Rosales states as follows:

1. Defendants are charged by Indictment with various offenses relating to two bank robberies.  Defendant Rosales and defendant Navar only are charged in connection with one of the robberies; defendant Lira is charged in connection with both robberies.

2. This Court has set May 21 as a date for status in this matter and as a date for ruling on pretrial motions (if no ruling has been rendered already).  Because codefendant Abraham Lira has withdrawn his Motion to Suppress and codefendant Navar has filed no pretrial motions, only Rosales has outstanding pretrial motions for ruling

3. Rosales respectfully requests that this court extend the current May 21 date for status and motion rulings because the parties are presently discussing the direction of this case and Rosales therefore respectfully submits that a more economical use of the court's and the parties' time would be to set the date for status and pretrial motion rulings for approximately thirty days later, June 25, to give the discussions a chance to play out.

4. Counsel for Rosales (Timothy P. O'Connor) has spoken to (or sent and received messages through the secretary for) counsel for the United States (Yussef Dale) and counsel for codefendants Abraham Lira (Patrick Blegen) and Roberto Navar (Sergio Rodriguez) about this Motion and all of these counsel have informed counsel for Rosales that they agree to this Motion.

5. The parties are agreeable to the exclusion of time under the Speedy Trial Act between now and the new proposed status and ruling date, June 25.

WHEREFORE, Defendant Jessica Rosales respectfully requests that this Court extend the present date for status and motion ruling from May 21, the current date, to June 25.

Date: May 15, 2008                                      Respectfully submitted,

                                                        JESSICA ROSALES

                                                        By: s/ Timothy P. O'Connor
                                                            Her Attorney


Timothy P. O'Connor
MEYER & O'CONNOR, LLC
20 South Clark Street
Chicago, IL  60603
312-346-9000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing DEFENDANT ROSLAES' AGREED MOTION TO EXTEND STATUS AND MOTION RULINGS to be served upon

AUSA Yussef Dale
United States Attorney's Office
219 S. Dearborn St.
Chicago, IL 60604

Patrick W. Blegen
Blegen & Garvey
Suite 1437
53 W. Jackson Blvd.
Chicago IL 60604

Sergio F. Rodriguez
Federal Defender Program
55 East Monroe
Suite 2800
Chicago IL 60603

by electronic service through the court's ECF filing system on this 15th day of May , 2008.

s/Timothy P. O'Connor