# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 796 - 1, 2, 3 | **DATE** | 5/16/2008 |
| **CASE TITLE** | USA vs. Lira, Rosales, Navar | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion to extend status and motion rulings [57] is granted. Status hearing of 5/21/2008 as to all defendants and ruling date of 5/21/2008 on defendant Rosales' motions [35], [36], [37], [39], and [46], are stricken and reset to 6/25/2008 at 9:30 a.m. By agreement, time is excluded from 5/16/2008 through 6/25/2008 pursuant to 18.3161(h)(8)(A)(B) and 18.3161(h)(1)(F). X-T and X-E

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|