# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 796 - 2, 3 | **DATE** | 6/25/2008 |
| **CASE TITLE** | USA vs. Rosales, Navar | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/5/2008 at 9:15 a.m. Defendant Rosales' motions [35], [36], [37], [39] and [46] are continued to 8/5/2008 at 9:15 a.m. Oral motion of defendant Navar to modify conditions of bond to allow certain travel is granted - draft order to follow. Oral motion of the Government to exclude time is granted without objection. In the interest of justice, the period beginning 6/25/2008 through 8/5/2008 is excluded pursuant to 18.3161(h)(8)(A)(B) and 18.3161(h)(1)(F). X-T and X-E

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|