## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 796 - 1, 2, 3 | **DATE** | 7/23/2008 |
| **CASE TITLE** | USA vs. Lira, Rosales, Navar | | |

**DOCKET ENTRY TEXT**

Status hearing of 8/5/2008 stricken and reset to 8/27/2008 at 9:15 a.m. as to all defendants. Motion hearing date of 8/5/2008 is stricken as to all defendants. Defendant Rosales' motions [35], [36], [37], [39] and [46] are continued to 8/27/2008 at 9:15 a.m. In the interest of justice, the period beginning 7/23/2008 through 8/27/2008 is excluded pursuant to 18.3161(h)(8)(A)(B) and 18.3161(h)(1)(F). X-T and X-E

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|