UNITED STATES DISTRICT COURTPRIVATE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07 CR 796 |
| | ) | |
| ABRAHAM LIRA ET AL., | ) | Judge Joan H. Lefkow |
| | ) | |
| Defendant. | ) | |

**DEFENDANT ROSALES' MOTION
TO MODIFY CONDITIONS OF BOND**

Defendant Jessica Rosales ("Rosales"), by her attorney, respectfully requests that this Court enter an Order modifying the conditions of her bond to end the condition of electronic monitoring.  In support thereof, Rosales states as follows:

1. Rosales is charged with conspiracy to commit bank robbery and with knowing possession of more than $1,000.00 in funds stolen from a bank.

2. In December, 2007, Rosales was granted bond, which included the condition that she be electronically monitored.

3. With minor exception at most, Rosales has complied with the conditions of her bond.

4. Electronic monitoring requires the maintenance of a land telephone line in the home where the person subject to the monitoring lives.

5. Rosales' family no longer can afford the land telephone line that allows for monitoring.  The land telephone line likely will be shut off on or about August 8, 2008.

6.      In light of her family's inability to pay for a land telephone line and her own good conduct while on bond, Rosales respectfully requests that the Court dispense with the requirement of electronic monitoring.

WHEREFORE, Defendant Jessica Rosales respectfully requests that this Court enter an Order modifying the conditions of her bond to end the condition of electronic monitoring.

Date: August 1, 2008                                             Respectfully submitted,

                                                                                JESSICA ROSALES

                                                                        By: s/ Timothy P. O'Connor
                                                                               One Of His Attorneys


Timothy P. O'Connor
MEYER & O'CONNOR, LLC
20 South Clark Street
Chicago, IL  60603
312-346-9000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing

DEFENDANT ROSALES' MOTION TO MODIFY CONDITIONS OF BOND to be served upon

AUSA Yussef Dale
United States Attorney's Office
219 S. Dearborn St.
Chicago, IL 60604

Patrick W. Blegen
Blegen & Garvey
Suite 1437
53 W. Jackson Blvd.
Chicago IL 60604

Sergio F. Rodriguez
Federal Defender Program
55 East Monroe
Suite 2800
Chicago IL 60603

Victor Alvarez
Pretrial Services
219 S. Dearborn St.
Chicago, IL 60604

by electronic service through the court's ECF filing system or hand delivery on this 1st day of August, 2008.

s/Timothy P. O'Connor