# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                             Case No.: 1:07–cr–00796

                                                                 Honorable Joan H. Lefkow

Abraham Lira, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow as to Abraham Lira, Jessica Rosales, Roberto Navar: Status hearing reset to 10/1/2008 at 09:30 AM. by agreement. In the interest of justice, the period beginning 8/27/2008 through 10/1/2008 is excluded by agreement pursuant to 18.3161(h)(8)(A)(B). Telephoned and mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.